AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Robinson, James J. | 2. Court or Organization<br><br>U.S. Bankruptcy Ct. N. D. AL | 3. Date of Report<br><br>05/15/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse - Room 117<br>1129 Noble Street<br>Anniston, AL 36201 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Development Committee member | Rainbow Omega, Inc. (home for adults with developmental disabilities) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1974 | Burr & Forman LLP Profit Sharing/Keogh Plan (former law firm-no control) |
| 2. | 2006 | Burr & Forman LLP retired partner annuity (former law firm) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Burr & Forman LLC - retired partner's annuity | $27,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Southern Company-retirement/pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cumberland School of Law | 09/30/2011 | Birmingham, AL | Speak at CLE seminar | seminar fee and lunch |
| 2. | AL. State Bar - Commercial Law Section | 06/08/2011 - 06/10/2011 | Sand Destin, FL | Speaker at CLE seminar | seminar fee, lodging, meals and mileage |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank USA, N.A. | Credit Card (VISA) | J |
| 2. | Merrill Lynch (Bank of America-FIA Card Services NA) | Credit Card (VISA) | J |
| 3. | Merrill Lynch (American Express) | Credit Card (American Express) | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 240 shares common stock Southern Co. | A | Dividend | J | T | Buy (add'l) | 2011 | J | | 8 shrs add'l div reinvest |
| 2. BB&T (formerly Compass Bank) deposit account | B | Interest | | | Closed | 11/03/10 | M | | closed deposit account |
| 3. Goldman Sachs Str US Equity Class A mutual fund | | | | | Sold | 2008 | J | A | see Part VIII |
| 4. Community Credit Union deposit account | A | Interest | J | T | | | | | |
| 5. Wells Fargo deposit accounts | A | Interest | L | T | | | | | |
| 6. Unimproved real estate lot-St. Simons Is., Georgia | | None | J | W | | | | | |
| 7. Manufacturers Life policies (2) | A | Int./Div. | J | T | | | | | |
| 8. Mass Mutual Life- American Century Value mutual fund | | None | K | T | | | | | |
| 9. Mass Mutual Life - guaranteed principal account | A | Interest | J | T | | | | | |
| 10. Unimproved real estate lot-Shelby Co., AL | | None | K | W | | | | | |
| 11. 1485 shares American Capital World Growth Income Fund | B | Dividend | K | T | Buy (add'l) | 2011 | J | | 41 shrs add'l div reinvest |
| 12. 1737 shares American Growth Fund Class A | A | Dividend | K | T | Buy (add'l) | 2011 | J | | 13 shrs add'l div reinvest |
| 13. Merrill Lynch Ready Assets Money Fund | A | Dividend | J | T | | | | | |
| 14. FIA Card Services formerly CMA Money Fund | A | Dividend | | | Sold | 03/21/11 | J | | |
| 15. Federal Home Loan Mortgage Bond 5.65% | B | Interest | | | Redeemed | 03/15/11 | L | A | |
| 16. Federal Home Loan Mortgage Bond 5.125% | C | Interest | L | T | | | | | |
| 17. Federal Home Loan Mortgage Bond 4.5% | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Federal Home Loan Mortgage Bond 6.125% | B | Interest | K | T | | | | | |
| 19. American Legacy III annuity | | None | L | T | | | | | |
| 20. BIF (formerlyMerrill Lynch CMA) Tax Exempt Money Fund | A | Dividend | J | T | | | | | |
| 21. Federal Home Loan Mortgage Bond 4.5% | C | Interest | M | T | | | | | |
| 22. 527 Shares Common Stock Proassurance Corp. | A | Dividend | K | T | | | | | |
| 23. 1597 Shares American New Perspective Class A Mut. Fund | A | Dividend | K | T | Buy (add'l) | 2011 | J | | 17 shrs add'l div reinvest |
| 24. 171 Shares Blackrock Small Cap Indext Fund Class A | A | Dividend | J | T | | | | | |
| 25. Campbell Strategic Allocation Fund Limited Partnership | A | Dividend | | | Sold | 10/06/11 | M | C | |
| 26. FIA Card Servs Money Fund | A | Dividend | N | T | | | | | |
| 27. 2508 Shares American Capital World Income Class A Mut. Fund | B | Dividend | L | T | Buy (add'l) | 2011 | J | | 69 shrs add' div reinvest |
| 28. 1804American Capital Income Builder Class A Mut. Fund | C | Dividend | L | T | Buy (add'l) | 2011 | J | | 74 shrs add'l div reinvest |
| 29. 4039 American Growth Fund of America Class A Mut. Fund | A | Dividend | M | T | Buy (add'l) | 2011 | J | | |
| 30. 1400 Shares American Fundamental Investors Fund | A | Dividend | K | T | Buy (add'l) | 2011 | J | | 24 shrs add'l div reinvest |
| 31. 1897 Shares American New Perspective Fund | A | Dividend | K | T | Buy (add'l) | 2011 | J | | 20 shrs add'l div reinvest |
| 32. 731 Shares American Capital World Growth Income Fund Class A | A | Dividend | K | T | Buy (add'l) | 2010 | J | | 20 shrs add'l div reinvest |
| 33. 882 Shares American Growth Fund of America Class A | A | Dividend | K | T | Buy (add'l) | 2010 | J | | 7 shrs add'l div reinvest |
| 34. BT&B deposit account | D | Interest | | | Closed | 2011 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 20,611 American Intr. Bond Fund Class A | D | Dividend | N | T | Buy (add'l) | 2011 | J | | 441 shs add'l div reinvest |
| 36. $99,000 CD American Express Bk Salt Lk City UT 2.35% 2/4/11 | A | Interest | | | Redeemed | 02/04/11 | L | A | |
| 37. Purchase Options for 4984 shrs in Southern Co. | | None | K | T | Sold (part) | 2011 | K | E | see Part VIII |
| 38. 500 shrs Alliance Bernstein | A | Dividend | J | T | | | | | |
| 39. 1340 shrs Kraft Foods | B | Dividend | L | T | Buy (add'l) | 09/12/11 | K | | |
| 40. 785 shrs Progress Energy | B | Dividend | K | T | | | | | |
| 41. NobleBank & Trust deposit account | B | Interest | N | T | | | | | |
| 42. 145 shares MetLife, Inc. | A | Dividend | J | T | | | | | |
| 43. 670 shares National Grid PLC SP ADR | B | Dividend | K | T | Buy | 02/18/11 | K | | |
| 44. 1100 shares Pfizer common | A | Dividend | K | T | Buy | 10/13/11 | K | | |
| 45. 1075 shares Waste Management common | B | Dividend | K | T | Buy | 03/10/11 | K | | |
| 46. 2220 shares American Income Fund of America | B | Dividend | K | T | Buy | 06/01/11 | K | | |
| 47. 1250 shares Goldman Sachs Group Inc. preferred | B | Dividend | K | T | Buy | 02/08/11 | K | | |
| 48. 725 shares Centurylink common | B | Dividend | K | T | Buy | 06/15/11 | K | | |
| 49. 300 shares Chevron Corp common | A | Dividend | K | T | Buy | 02/08/11 | K | | |
| 50. 610 shares Coca Cola common | B | Dividend | K | T | Buy | 03/10/11 | K | | |
| 51. 560 shares DuPont El de Nemours common | A | Dividend | K | T | Buy | 02/08/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. 760 shares Genuine Parts common | B | Dividend | K | T | Buy | 03/10/11 | K | | |
| 53. 615 shares Kimberly Clark common | B | Dividend | K | T | Buy | 03/10/11 | K | | |
| 54. 400 shares McDonalds Corp common | B | Dividend | K | T | Buy | 02/08/11 | K | | |
| 55. 1555 shares Microsoft Corp common | B | Dividend | K | T | Buy | 03/10/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 3: In all my previous Reports (beginning 2006) I reported an investment in Goldman Sachs Str US. Equity Class A mutual fund. This was ▓▓ ▓▓ investment, apparently carried in a small IRA account. As best as I can determine, after ▓▓▓▓ retirement in 2008, this investment was liquidated and the proceeds rolled-over into another IRA managed by Merrill Lynch. The transaction resulted in a small loss or gain; probably the former. The value of the invesatment was less than $5,000, perhaps even less than $1,000. I have search my records and so has my Merrill Lynch broker, and we cannot find any specific information. Please consider the foregoing as an amendment to my previous Reports.

Part VII - Line 37: 402 options exercised and acquired shares sold 01/04/11; 813 options exercised and acquired shares sold 04/04/11; 1,600 options exercised and acquired shares sold 08/01/11. Options exercised and acquired shares sold during 2011 total 2815.

Part VII: The notation "__ shrs add'l div reinvest" appearing several times in column (5) of part D indicates that the particular mutual fund or, in once instance, stock paid a dividend that was reinvested to purchase the number of additional shares stated. Dividends were declared from time to time during 2011, often more than once during the year for any particular investment, so I did not list the exact date for each dividend and reinvestment.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Robinson, James J. | 05/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James J. Robinson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544